UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD S. KEMBERLING, JR., | ) | No. CV 05-02409-VBK |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED** in part and **DENIED** in part.

It is also ordered that the Commissioner's Motion for Summary Judgment is **DENIED** and the matter is remanded for further proceedings consistent with the Memorandum Opinion and Order.

DATED: December 2, 2005

/s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE